

# Service of Process Transmittal
12/18/2020
CT Log Number 538768267

**TO:** Kim Lundy Service Of Process
Walmart Inc.
702 SW 8TH ST
BENTONVILLE, AR 72716-6209

**RE:** Process Served in Florida

**FOR:** Wal-Mart Stores, Inc.  (Former Name)  (Domestic State: DE)
WALMART INC.  (True Name)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Hernandez Adeislem, Pltf. vs. Walmart Stores, Inc., Dft.<br>*Name discrepancy noted*. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Notice, Initial Interrogatories, Request(s) |
| **COURT/AGENCY:** | Miami-Dade County Circuit Court, FL<br>Case # 2020026829CA01 |
| **NATURE OF ACTION:** | Personal Injury - Slip/Trip and Fall - 08/06/2019 - Located at 33501 South Dixie Highway, Homestead, FL 33034 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Plantation, FL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 12/18/2020 at 11:43 |
| **JURISDICTION SERVED :** | Florida |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days after service, exclusive of the day of service (Document(s) may contain additional answer dates) |
| **ATTORNEY(S) / SENDER(S):** | Aaron Feuer<br>Rubenstein Law, P.A.<br>9130 S. Dadeland Blvd<br>PH<br>Miami, FL 33156<br>305-661-6000 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 12/18/2020, Expected Purge Date: 12/23/2020<br><br>Image SOP<br><br>Email Notification,  Kim Lundy Service Of Process  ctlawsuits@walmartlegal.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>1200 South Pine Island Road<br>Plantation, FL 33324<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other



**Service of Process Transmittal**
12/18/2020
CT Log Number 538768267

**TO:** Kim Lundy Service Of Process
Walmart Inc.
702 SW 8TH ST
BENTONVILLE, AR 72716-6209

**RE:** **Process Served in Florida**

**FOR:** Wal-Mart Stores, Inc.  (Former Name)  (Domestic State: DE)
WALMART INC. (True Name)

advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



# PROCESS SERVER DELIVERY DETAILS

**Date:**  Fri, Dec 18, 2020

**Server Name:**  Nelson Navarrete

| Entity Served | WALMART STORES, INC. |
|---|---|
| Agent Name | |
| Case Number | 2020-026829 CA-01 |
| Jurisdiction | FL |



Filing # 118228743 E-Filed 12/15/2020 12:47:59 PM

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

ADEISLEM HERNANDEZ,

    Plaintiff,

v.

WALMART STORES, INC.,

    Defendant.

CIVIL DIVISION

CASE NO.: 2020-026829-CA-01

_____/

*[handwritten: 12-18-2020 11:00 AM @ 10:00]*

## SUMMONS

THE STATE OF FLORIDA:
To Each Sheriff of Said State:

    **YOU ARE HEREBY COMMANDED** to serve this Summons and a copy of the Complaint, Notice of Interrogatories, Request for Production and Request for Admissions in this action on Defendant:

**WALMART STORES, INC.
C/O CT CORPORATION SYSTEM (Registered Agent)
1200 South Pines Island Road
Plantation, FL 33324**

Each Defendant is required to serve written defenses to the Complaint on Plaintiff's Attorney, to wit:
Aaron Feuer, Esquire
RUBENSTEIN LAW, P.A
9130 S. Dadeland Blvd, PH
Miami, FL 33156
Tel: (305) 661-6000 / Fax: (305) 670-7555

within 20 days after service of this summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on Plaintiffs' attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

DATED ON: on this ____ day of 12/17/2020, 2020.

Clerk of Said Court

BY: _____
As Deputy Clerk
(Court Seal)

Filing # 118200421 E-Filed 12/15/2020 09:05:50 AM

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

**ADEISLEM HERNANDEZ,**

    Plaintiff,

v.

**WALMART STORES, INC.,**                   CIVIL DIVISION

    Defendant.                                       CASE NO.: 2020-026829-CA-01

_____/

## COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

The Plaintiff, **ADEISLEM HERNANDEZ**, by and through the undersigned counsel, hereby sues the Defendant, **WALMART STORES, INC.** and alleges:

### JURISDICTION

1. This is an action for damages which exceeds Thirty Thousand Dollars ($30,000.00) exclusive of interest and costs, and otherwise within this Court's jurisdictional limits.

### PARTIES

2. At all times material hereto, the Plaintiff, **ADEISLEM HERNANDEZ**, was and is a resident of Miami-Dade County, Florida, and is otherwise *sui juris*.

3. At all times material hereto, the Defendant, **WAL-MART STORE, INC.,** was and is a Florida Corporation organized under the Laws of the State of Florida and doing business in Homestead, Miami-Dade County, Florida.

### VENUE

4. Venue is proper in this County in that the Defendant does business in Miami-Dade County, Florida, and/or all of the acts complained of herein occurred in Miami-Dade County, Florida.

## GENERAL ALLEGATIONS

5. That on or about August 6, 2019, the Plaintiff, **ADEISLEM HERNANDEZ**, was a business invitee of the Defendant, **WAL-MART STORES, INC.**'s premises located at 33501 South Dixie Highway, Homestead, FL 33034.

## COUNT I - NEGLIGENCE CLAIM AGAINST WAL-MART STORES EAST, LP

Plaintiff re-alleges and restates the allegations in paragraphs 1 through 5 as if fully set forth herein.

6. That at all times material hereto, and specifically on August 6, 2019, Defendant, **WAL-MART STORES, INC.**, owned, managed, controlled, operated, and/or maintained the premises located at 33501 South Dixie Highway, Homestead, FL 33034, in Miami-Dade County.

7. That on or about August 6, 2019, the Plaintiff, **ADEISLEM HERNANDEZ**, was lawfully in Defendant, **WAL-MART STORES, INC.**'s premises, when she slipped and fell on an unknown liquid substance, believed to be water, causing her to fall and sustain serious and permanent injuries.

9. That the Defendant owed to its business invitees a duty to provide a reasonably safe environment.

10. That the Defendant, its agents, servants or employees, breached its duty owed to the Plaintiff by negligently maintaining its premises in the following manner:

   a. By failing to maintain the floor of the premises in a reasonably safe condition, to wit, allowing liquids such as water and/or other substances to accumulate on the floor, and to prevent dangerous conditions from occurring; and/or

- 2 -

  b. By failing to warn of the dangerous condition that existed at the time of the Plaintiff's incident; and/or

  c. Failing to place barricades, wet floor signs, or other marking devices utilized to alert customers such as the Plaintiff of the dangerous condition that existed at the time of Plaintiff's incident; and/or

  d. By failing to remove said liquid substance and/or other similar substance from the floor of the premises; and/or

  e. By failing to correct the hazardous condition of the premises when the Defendant knew or should have known that the general public visits said premises and specifically the Plaintiff herein; and/or

  f. Was otherwise negligent in the care, maintenance, and upkeep of the premises, and specifically by allowing a liquid substance and/or a similar substance to be left on the floor of the premises so as to cause the Plaintiff's injury.

11. That the Defendant knew or in the exercise of reasonable care should have known of the existence of the hazardous and dangerous condition which constituted a dangerous condition to the Plaintiff, and the condition had existed for a sufficient length of time that the Defendant knew or should have known of the condition and could have easily remedied it; and/or

12. That the hazardous and dangerous condition which constituted a dangerous condition to the Plaintiff occurred with such frequency that owner should have known of its existence.

13. As a direct and proximate result of the aforementioned negligence of the Defendant, **WAL-MART STORES, INC.**, the Plaintiff, **ADEISLEM HERNANDEZ**, slipped on a liquid substance such as water and/or a similar substance that had accumulated on the floor and sustained

severe, grievous and permanent injuries, physical and mental pain and suffering, disability, physical impairment, disfigurement, mental anguish, inconvenience, loss of capacity for the enjoyment of life, loss of earnings and impairment of earning capacity and/or permanent aggravation of a pre-existing condition, and further incurred hospital bills, medical bills, and/or other bills as a result of said injuries; said injuries are either permanent or continuing in their nature and the Plaintiff, **ADEISLEM HERNANDEZ** will suffer the losses into the future.

WHEREFORE, Plaintiff, **ADEISLEM HERNANDEZ**, hereby demands judgment for damages, costs and interest from the Defendant, **WALMART STORES, INC.**, together with whatever other relief the Court deems just and appropriate.

### DEMAND FOR JURY TRIAL

The Plaintiff, **ADEISLEM HERNANDEZ**, hereby demands trial by jury of all issues so triable as a matter of right.

Dated: December 15, 2020

>
> RUBENSTEIN LAW, P.A.
> Attorneys for Plaintiff
> 9130 S. Dadeland Blvd.
> Penthouse Suite
> Miami, FL 33156
> Phone: (305) 661-6000
> Fax: (305) 670-7555
> Email: aaron@rubensteinlaw.com
>         crencurrell@rubensteinlaw.com
>         eservice@rubensteinlaw.com
>
> By:   /s/ Aaron Feuer
>         **AARON FEUER**
>         Florida Bar No.: 100542

**IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA
CIVIL DIVISION**

**ADEISLEM HERNANDEZ,**              **CIVIL DIVISION**

    **Plaintiff,**

                                       **CASE NO. 2020-026829-CA-01**

v.

**WALMART STORES, INC.,**

    **Defendant.**

_____/

**DEFENDANT'S NOTICE OF FILING NOTICE OF REMOVAL**

TO: Aaron Feuer, Esq.
    Rubenstein Law, P.A.
    9130 S. Dadeland Blvd., Penthouse Suite
    Miami, FL, 33156

**PLEASE TAKE NOTICE** that on March 3, 2021, Defendant, Walmart, Inc., in the above titled action filed a Notice of Removal, a copy of which is attached hereto, of the above-titled action to the United States District Court for the Southern District of Florida, Miami Division.

You are also advised that Walmart, Inc., on filing such Notice of Removal in the office of the Clerk of the United States District Court for the Southern District of Florida, Miami Division, also filed copies thereof with the Clerk of the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, to effect removal pursuant to 28 U.S.C.§1446(d).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent by e-portal and e-served this 3rd day of , 2021 to: Aaron Feuer, Esq. *Attorney for Plaintiff,* Rubenstein Law, P.A., 9130 S. Dadeland Blvd., Penthouse Suite, Miami, FL 33156 at aaron@rubensteinlaw.com.

                                       Respectfully submitted,

By:   /s/ *Sophia R. Ward*
       Sophia R. Ward, Esq.
       Florida Bar No.: 86139
       Dakeitha S. Haynes, Esq.
       Florida Bar No.: 1002429
       **QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**
       *Attorneys for Defendant*
       9300 S. Dadeland Blvd., 4th Floor
       Miami, FL 33156
       Tel: (305) 670-1101
       Fax: (305) 670-1161
       Email: rclyne.pleadings@qpwblaw.com
              sophia.ward@qpwblaw.com
              Dakeitha.haynes@qpwblaw.com
              gcastro@qpwblaw.com
              jenzell.brown@qpwblaw.com