UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-CIV-20861-COOKE/Damian

**ADEISLEM HERNANDEZ**,

    Plaintiff,

v.

**WALMART STORES, INC.**,

    Defendant.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS MATTER** is before the Court on the Report and Recommendation of the Honorable Melissa Damian, U.S. Magistrate Judge [ECF No. 42], regarding Plaintiff Adeislem Hernandez's Motion to Exclude Defendant's Expert Dr. Kenneth Jarolem [ECF No. 29]. In her Report, Judge Damian recommends that the Motion be denied. The parties have not filed objections to the Report, and the time to do so has passed.

When a magistrate judge's "disposition" has properly been objected to, district courts must review the disposition *de novo*. FED. R. CIV. P. 72(b)(3). When no party has timely objected, as here, "the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." FED. R. CIV. P. 72 advisory committee's notes (citation omitted). Although Rule 72 itself is silent on the standard of review, the Supreme Court has acknowledged Congress's intent was to only require a *de novo* review where objections have been properly filed, not when neither party objects. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate [judge]'s factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings." (alteration added)).

Case No. 21-CIV-20861-COOKE/Damian

The Court has reviewed the Motion, Judge Damian's Report, the record, and the relevant legal authorities. There is no clear error on the face of the record. Accordingly, it is

**ORDERED AND ADJUDGED** that Judge Damian's Report **[ECF No. 42]** is **AFFIRMED and ADOPTED**. It is further **ORDERED** Plaintiff Adeislem Hernandez's Motion to Exclude Defendant's Expert Dr. Kenneth Jarolem **[ECF No. 29]** is **DENIED**.

**DONE and ORDERED** in Miami, Florida, this 21st day of July 2022.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTICT JUDGE**
**On behalf of Marcia G. Cooke, United States District Judge**

cc:
Melissa Damian, U.S. Magistrate Judge
counsel of record